UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**
NOV 17 2006

---

UNITED STATES OF AMERICA

Plaintiff,

v.

GILBERT DALE SULLY, JR.

Defendant,

and

YANKTON SIOUX TRIBE,
MARTY, SD,
and its successors or assigns

Garnishee.

4:98CR40090-001

ORDER TERMINATING
CONTINUING GARNISHMENT

---

Based upon the Motion for Termination of Continuing Garnishment With Final Accounting on file herein, and pursuant to 28 U.S.C. §3205(c)(10)(B), it is

ORDERED that the garnishment herein is hereby terminated by order of this Court.

DATED: Nov. 17, 2006

BY THE COURT:

LAWRENCE L. PIERSOL
UNITED STATES DISTRICT JUDGE

ATTEST:

JOSEPH HAAS, Clerk

By: _____
DEPUTY CLERK

(SEAL OF THE COURT)